**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| LAWRENCE BAILEY AND WILLIAM ESTRADA, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>THOMPSON CREEK WINDOW COMPANY, a Maryland corporation, and Rick Wuest, an individual,<br><br>   Defendants. | CIVIL ACTION NO. 8:21-CV-00844-PX<br><br>**PLAINTIFFS' REQUEST FOR HEARING ON DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT (OR STAY) AND COMPEL ARBITRATION** |

**PLAINTIFFS REQUEST FOR HEARING ON DEFENDANTS'
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT
<u>(OR STAY) AND COMPEL ARBITRATION</u>**

  Plaintiffs Lawrence Bailey and William Estrada by their undersigned counsel, requests the Court schedule a hearing for oral arguments on Defendants' Motion to Dismiss The Amended Class Action Complaint (or Stay) and Compel Arbitration.

|  |  |
|---|---|
| | Respectfully Submitted, |
| Dated: July 24, 2021 | _____<br>Karl J. Protil, Jr. (Federal Bar #12355)<br>SHULMAN, ROGERS, GANDAL<br>PORDY & ECKER, P.A.<br>12505 Park Potomac Avenue<br>6th Floor<br>Potomac, MD 20854<br>Telephone: 301-230-6571<br>Kprotil@shulmanrogers.com<br><br>STRAUS & BOIES, LLP<br>CHRISTOPHER LE<br>4041 University Drive, 5th Floor<br>Fairfax, VA 22030<br>Telephone: (703) 764-8700<br>cle@straus-boies.com |

BOSSON LEGAL GROUP, PC
TIM BOSSON
8300 Arlington Blvd, Suite B2
Fairfax, VA 22031
Telephone:     (571) 775-2529
tbosson@bossonlaw.com

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
ELAINE A. RYAN
CARRIE A. LALIBERTE
2325 E. Camelback Rd. Suite 300
Phoenix, Arizona 85016
Telephone: (602)-274-1100
eryan@bffb.com
claliberte@bffb.com

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
PATRICIA N. SYVERSON
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 798-4593
psyverson@bffb.com

*Attorneys for Plaintiffs and the Proposed Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this  24   day of July, 2021, a copy of the foregoing was served via CM/ECF to all counsel of record.

_____
Karl J. Protil, Jr. (Federal Bar #12355